UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation, | Case No. 19-cv-887-RSL |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF INITIAL DISCOVERY DEADLINES |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States, | |
| Defendant. | |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to an extension of the following pre-trial deadlines:

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Initial Disclosures Deadline | August 16, 2019 | August 23, 2019 |
| Joint Combined Status Report | August 23, 2019 | August 30, 2019 |

The parties are meeting to discuss the subject matter of the litigation in an effort to resolve this matter. The extension is necessary to allow the parties to continue their efforts to resolve this case or narrow the issues before the Court.

STIPULATION AND ORDER FOR
EXTENSION OF INITIAL DISCOVERY DEADLINE
Case No. 19-cv-887-RSL
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 15th day of August, 2019.

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*


*/s/ Paul Kampmeier*
Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

*/s/ Lia Comerford*
Lia Comerford, Oregon State Bar # OR141513
**Admitted *pro hac vice***
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6823
Email: comerfordl@lclark.edu

*Attorneys for Plaintiff*

STIPULATION AND ORDER FOR
EXTENSION OF INITIAL DISCOVERY DEADLINE
Case No. 19-cv-887-RSL
PAGE- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ] ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of the Order to all counsel of record.

DATED this 20th day of August, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR
EXTENSION OF INITIAL DISCOVERY DEADLINE
Case No. 19-cv-887-RSL
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970