The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States of America,<br><br>Defendant. | Case No. 2:19-cv-00887-RSL<br><br>[PROPOSED] ORDER ON JOINT MOTION FOR ENTRY OF ORDER VACATING CASE SCHEDULE AND SETTING DEADLINES |

Upon review of the Parties' Joint Motion for Entry of Order Vacating Case Schedule and Setting Deadlines, and the Parties having stipulated and agreed to the following schedule, the Court hereby ORDERS the Parties to comply with the following schedule:

1. By October 4, 2019, the parties shall confer and agree on the scope of a supplemental search for records potentially responsive to the FOIA Request;

2. By December 6, 2019, Defendant shall complete a supplemental search for potentially responsive records consistent with the scope agreed to pursuant to Paragraph 1, above, and release to Plaintiff any responsive records discovered and provide Plaintiff with an updated Index of Redacted or Entirely Withheld Records;

PROPOSED ORDER - 1

3. By December 13, 2019, Plaintiff shall provide Defendant with a list of documents that Defendant has withheld in whole or in part that Plaintiff desires Defendant to re-review to determine if withholding remains appropriate;

4. By January 17, 2020, Defendant shall re-review the records identified by Plaintiff pursuant to Paragraph 3, above, and, for each record, do either of the following:

    a. Release the record in its entirety;

    b. Release the record with reduced redactions;

    c. For any record selected by Plaintiff that Defendant continues to withhold in full or in part, provide Plaintiff with an explanation for why Defendant is withholding the record, in whole or in part.

5. By January 31, 2020, the Parties will submit a Joint Status Report to the Court notifying the Court of any remaining issues in the litigation.

DATED THIS 24th day of September, 2019.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

EARTHRISE LAW CENTER
By: s/ Lia Comerford
    Lia Comerford, OSB #141513

KAMPMEIER & KNUTSEN, PLLC
By: s/ Paul Kampmeier
    Paul Kampmeier, WSBA #31560

*Attorneys for Plaintiff*

BRIAN T. MORAN
United States Attorney

By: /s/ Michelle R. Lambert
    Michelle R. Lambert, NYS #4666657
    Assistant United States Attorney

*Attorneys for EPA*

PROPOSED ORDER - 2