The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States of America,<br><br>Defendant. | Case No. 2:19-cv-00887-RSL<br><br>JOINT MOTION FOR ENTRY OF ORDER SETTING DEADLINES |

     Plaintiff Northwest Environmental Advocates ("NWEA") and Defendant United States Environmental Protection Agency ("EPA") hereby jointly move for entry of an order to guide this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), concerning a FOIA request that NWEA submitted to EPA on September 13, 2017 ("FOIA Request"). In support of this motion, the parties state as follows:

     1.    The parties have conferred and agree that entry of an agreed order setting forth the below schedule will facilitate settlement of this matter and minimize the parties' costs and the burdens on the Court.

     2.    Accordingly, the parties hereby stipulate to and request entry of an order

JOINT MOTION - 1
Case No. 2:19-cv-00887-RSL

Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823

establishing the following deadlines:

    a.    By March 31, 2020, Defendant shall complete a supplemental search for potentially responsive records and release to Plaintiff any responsive records discovered and provide Plaintiff with an updated Index of Redacted or Entirely Withheld Records;

    b.    By April 22, 2020, for each record withheld in full or in part on the basis of the deliberative process privilege (Exemption 5), Defendant shall provide Plaintiff with an explanation for the withholding.

    c.    By May 6, 2020, the Parties will submit a Joint Status Report to the Court notifying the Court of any remaining issues in the litigation.

3.    The parties are submitting a proposed order with this stipulated motion.

Respectfully submitted this 31st day of January 2020.

    s/ Lia Comerford
Lia Comerford, Oregon State Bar # OR141513
***Admitted pro hac vice***
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6823
Email: comerfordl@lclark.edu

    s/ Paul Kampmeier
Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

*Attorneys for Northwest Environmental Advocates*

JOINT MOTION - 2
Case No. 2:19-cv-00887-RSL

Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRIAN T. MORAN
United States Attorney

*/s/* Michelle R. Lambert
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:253-428-3800
E-mail:  michelle.lambert@usdoj.gov
*Attorneys for EPA*

JOINT MOTION - 3
Case No. 2:19-cv-00887-RSL

Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I electronically filed the foregoing JOINT MOTION FOR ENTRY OF ORDER SETTING DEADLINES and this Certificate of Service with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

    s/ Lia Comerford
Lia Comerford, Oregon State Bar # OR141513
*Admitted pro hac vice*
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6823
Email: comerfordl@lclark.edu

JOINT MOTION - 4
Case No. 2:19-cv-00887-RSL

Earthrise Law Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823