The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States of America,<br><br>Defendant. | Case No. 2:19-cv-00887-RSL<br><br>[PROPOSED] ORDER ON JOINT MOTION FOR ENTRY OF ORDER SETTING DEADLINES |

Upon review of the Parties' Joint Motion for Entry of Order Setting Deadlines, and the Parties having stipulated and agreed to the following schedule, the Court hereby ORDERS the Parties to comply with the following schedule:

1. By March 31, 2020, Defendant shall complete a supplemental search for potentially responsive records and release to Plaintiff any responsive records discovered and provide Plaintiff with an updated Index of Redacted or Entirely Withheld Records;

2. By April 22, 2020, for each record withheld in full or in part on the basis of the deliberative process privilege (Exemption 5), Defendant shall provide Plaintiff

[PROPOSED] ORDER - 1

with an explanation for the withholding.

3. By May 6, 2020, the Parties will submit a Joint Status Report to the Court notifying the Court of any remaining issues in the litigation.

DATED THIS 4th day of February, 2020.

*Robert S. Lasnik* (signature)

Honorable Robert S. Lasnik
United States District Judge

Presented by:

EARTHRISE LAW CENTER
By: s/ Lia Comerford
   Lia Comerford, OSB #141513

KAMPMEIER & KNUTSEN, PLLC
By: s/ Paul Kampmeier
   Paul Kampmeier, WSBA #31560

*Attorneys for Plaintiff*

BRIAN T. MORAN
United States Attorney

By: /s/ Michelle R. Lambert
   Michelle R. Lambert, NYS #4666657
   Assistant United States Attorney

*Attorneys for EPA*

[PROPOSED] ORDER - 2