The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States of America,<br><br>Defendant. | Case No. 2:19-cv-00887-RSL<br><br>ORDER ON<br>JOINT MOTION FOR ENTRY OF<br>ORDER SETTING DEADLINE |

Upon review of the Parties' Joint Motion for Entry of Order Setting Deadline, and the Parties having stipulated and agreed to the following schedule, the Court hereby ORDERS the Parties to comply with the following schedule:

1. By June 5, 2020, the Parties will submit a Joint Status Report to the Court notifying the Court of the status of the Parties' negotiations to settle NWEA's claim for attorneys' fees and costs.

DATED THIS 7th day of May, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1

Presented by:

EARTHRISE LAW CENTER
By: s/ Lia Comerford
     Lia Comerford, OSB #141513

KAMPMEIER & KNUTSEN, PLLC
By: s/ Paul Kampmeier
     Paul Kampmeier, WSBA #31560

*Attorneys for Plaintiff*

BRIAN T. MORAN
United States Attorney

By: /s/ Michelle R. Lambert
     Michelle R. Lambert, NYS #4666657
     Assistant United States Attorney

*Attorneys for EPA*

ORDER - 2