District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States,<br><br>Defendant. | Case No. 19-cv-887-RSL<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER<br><br>**Noted on Motion Calendar: 08/3/2020** |

Pursuant to the Court's order, Dkt. No. 27, Plaintiff Northwest Environmental Advocates ("NWEA") and Defendant United States Environmental Protection Agency ("EPA") hereby provide a joint status report notifying the Court of the parties' negotiations to settle NWEA's claim for attorneys' fees and costs.[1]

As the Court is aware, in this Freedom of Information Act ("FOIA") suit, the parties have reached a resolution on NWEA's claims, with the exception of NWEA's claim for attorneys' fees and costs. Since the last status update, the parties have engaged

---

[1] The Order extends the deadline for a Joint Status Report and Discovery Plan. However, as the only issue remaining in this matter is fees and costs, a discovery plan is not relevant as discovery is unnecessary.

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 19-cv-887-RSL
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

in settlement negotiations.  At this time, EPA is seeking settlement authority to determine whether resolution of the only remaining issue in this case is possible.

In order to permit the parties with enough time to finish settlement discussions that, if successful, would fully resolve this case, the parties jointly propose a joint status report or a briefing schedule for NWEA's fee application to be filed on or before August 28, 2020.

Dated this 3rd day of August, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendant*

*/s/ Paul Kampmeier*
Paul Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
811 First Avenue, Suite 468
Seattle, Washington 98104
Tel: (206) 858-6983
Email: paul@kampmeierknutsen.com

*/s/ Lia Comerford*
Lia Comerford, Oregon State Bar # OR141513
**Admitted** *pro hac vice*
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6823

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 19-cv-887-RSL
PAGE- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Email: comerfordl@lclark.edu
*Attorneys for Plaintiff*

# [PROPOSED] ORDER

It is hereby **ORDERED** that:

The parties shall file a joint status report or a briefing schedule for NWEA's fee application on or before August 28, 2020.

DATED this _____ day of August, 2020.

ROBERT S. LASNIK
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 19-cv-887-RSL
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970