District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States,<br><br>Defendant. | Case No. 19-cv-887-RSL<br><br>JOINT STATUS REPORT AND ORDER |

Pursuant to the Court's order, Dkt. No. 29, Plaintiff Northwest Environmental Advocates ("NWEA") and Defendant United States Environmental Protection Agency ("EPA") hereby provide a joint status report notifying the Court of the parties' settlement of NWEA's claim for attorneys' fees and costs.

Since the last status update, the parties entered into a settlement agreement that will resolve NWEA's only remaining claim.  However, the settlement agreement provides that the parties will stipulate to dismissal of the case after EPA fulfills the payment requirement.  In order to permit EPA time to process and remit payment, the parties jointly propose that they file either a joint status report or a stipulation to dismiss the case on or before October 9, 2020.

JOINT STATUS REPORT AND ORDER Case No. 19-cv-887-RSL
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  Dated this 26th day of August, 2020.

2                                                             BRIAN T. MORAN
                                                              United States Attorney

3
                                                              */s/ Michelle R. Lambert*
4                                                             MICHELLE R. LAMBERT, NYS
                                                              #4666657
5                                                             Assistant United States Attorney
                                                              Western District of Washington
6                                                             United States Attorney's Office
                                                              1201 Pacific Avenue, Suite 700
7                                                             Tacoma, Washington 98406
                                                              Phone: 253-428-3824
8                                                             Email: michelle.lambert@usdoj.gov
                                                              *Attorneys for Defendant*
9

10                                                            */s/ Paul Kampmeier*
                                                              Paul Kampmeier, WSBA #31560
11                                                            Kampmeier & Knutsen PLLC
                                                              811 First Avenue, Suite 468
12                                                            Seattle, Washington 98104
                                                              Tel: (206) 858-6983
13                                                            Email: paul@kampmeierknutsen.com

14
                                                              */s/ Lia Comerford*
15                                                            Lia Comerford, Oregon State Bar #
                                                              OR141513
16                                                            **Admitted** *pro hac vice*
                                                              Earthrise Law Center
17                                                            Lewis & Clark Law School
                                                              10015 SW Terwilliger Blvd.
18                                                            Portland, OR 97219-7799
                                                              Tel: 503-768-6823
19                                                            Email: comerfordl@lclark.edu
                                                              *Attorneys for Plaintiff*
20

21

22

23

24

25

26

27
   JOINT STATUS REPORT AND ORDER Case No. 19-          UNITED STATES ATTORNEY
28 cv-887-RSL                                            700 Stewart Street, Suite 5220
   PAGE- 2                                              Seattle, Washington 98101-1271
                                                                  206-553-7970

## ORDER

It is hereby **ORDERED** that:

The parties shall file a stipulation to dismiss the case or a joint status report on or before October 9, 2020.

DATED this  26th   day of August, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

JOINT STATUS REPORT AND ORDER Case No. 19-cv-887-RSL
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970