District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES ,

Plaintiff,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

CASE NO.  2:19-cv-00887-RSL

STIPULATED ORDER FOR DISMISSAL

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//
//
//
//
//
//

STIPULATED DISMISSAL - 1
(CASE NO. C19-00887-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 30th day of September, 2020.

2

3                      Respectfully Submitted,
                      BRIAN T. MORAN

4                       United States Attorney

5

6                       *s/ Michelle R. Lambert*
                      MICHELLE R. LAMBERT, NYS #4666657

7                       Assistant United States Attorney
                      United States Attorney's Office

8                       700 Stewart Street, Suite 5220

9                       Seattle, Washington  98101
                      Phone: (206) 553-7970

10                      Fax: (206) 553-4073

11                      Email: michelle.lambert@usdoj.gov

12                      *Attorneys for Defendant*

13

14                      */s/ Paul Kampmeier*
                     Paul Kampmeier, WSBA #31560

15                      Kampmeier & Knutsen PLLC

16                      811 First Avenue, Suite 468
                     Seattle, Washington 98104

17                      Tel: (206) 858-6983

18                      Email: paul@kampmeierknutsen.com

19                      */s/ Lia Comerford*
                     Lia Comerford, Oregon State Bar # OR141513

20                      **Admitted** *pro hac vice*

21                      Earthrise Law Center
                     Lewis & Clark Law School

22                      10015 SW Terwilliger Blvd.

23                      Portland, OR 97219-7799
                     Tel: 503-768-6823

24                      Email: comerfordl@lclark.edu

25                      *Attorneys for Plaintiff*

26

27

28

STIPULATED DISMISSAL - 2
(CASE NO. C19-00887-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.  This case is dismissed with prejudice.

DATED this ___1st___ day of ___October_____, 2020.

_____
DISTRICT JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL - 3
(CASE NO. C19-00887-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970